**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01605-LTB

MICHAEL D. MONTGOMERY,

     Applicant,

v.

DEBORAH DENHAM, Warden,

     Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     The Motion for Leave to Submit Addendum In Further Support of Applicant's Application for Writ of Habeas Corpus Based on Newly Discovered Case Law (ECF No. 17) that Plaintiff filed *pro se* on August 18, 2014, is DENIED as moot. This case was dismissed on August 12, 2014 (ECF No. 15) and a judgment (ECF No. 16) entered on the same day. This case is closed. Filings will not be addressed after the dismissal of a case.

Dated:  August 20, 2014